T-32, 3-03

Lothar Goernitz
P. O. Box 32961
Phoenix, AZ 85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| QUALITY ART LLC | ) | CASE NO. 00-13772-ECF-CGC |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3 | 06/04/10 | CSG SECURITY SERVICES, INC.<br>4010 N. 27TH AVE.<br>PHOENIX, AZ 85017-4715 | $148.68 |
| 4 | 06/04/10 | EULER AMERICAN CREDIT INDEMNITY<br>AGENT OF TIMBER MOUNTAIN HARDWOODS, INC.<br>100 E. BRATT STREET, 5TH FLR<br>BALTIMORE, MN 21202 | $16,395.32 |
| 11 | 06/04/10 | DIRECTIONAL PUBLISHING<br>2616 COMMERCE CIRCLE<br>BIRMINGHAM, AL 35210 | $259.68 |
| 12 | 06/04/10 | ASAP AIR CONDITIONING AND HEATING INC.<br>ATTN: WAYNE WIERZ<br>1915 N. LINDSAY RD.<br>MESA, AZ 85213 | $173.61 |
| 14 | 06/04/10 | PAYCHEX INC.<br>100 KINGS HWY SOUTH SUITE 1800<br>ROCHESTER, NY 14617 | $545.76 |
| 16 | 06/04/10 | CARLSON SYSTEMS CORP.<br>8990 "F" STREET<br>OMAHA,NE 68127 | $162.67 |
| 17 | 06/04/10 | DOUGLAS MAULT<br>PO BOX 518<br>WHITE SWAM, WA 98952-0518 | $117.87 |

| | | | |
|---|---|---|---:|
| 27 | 06/04/10 | SUPERIOR LABEL SYSTEMS INC.<br>PO BOX 630696<br>CINCINNATI, OH  45263-0696 | $259.98 |
| 28 | 06/04/10 | GALAXY OF GRAPHICS LTD<br>460 WEST 34TH STREET<br>NEW YORK, NY  10001-2383 | $2,176.05 |
| 31 | 06/04/10 | ASAP AIR CONDITIONING & HEATING<br>1915 N. LINDSAY RD.<br>MESA, AZ  85213 | $173.60 |
| 32 | 06/04/10 | ALUSUISSE COMPOSITES<br>PO BOX 956037<br>MAIN POST OFFICE<br>ST. LOUIS, MO  63195-6037 | $2,471.01 |
| 34 | 06/04/10 | DOWNTOWN DIGITAL<br>1721 E. CARMEN ST.<br>TEMPE, AZ  85283 | $830.98 |
| 35 | 06/04/10 | CITICAPITAL COMMERICAL CORPORATION<br>C/O PAUL M. WEICH<br>P.M.B. #24, 3646 E. RAY RD., #<br>PHOENIX, AZ  85044 | $6,488.95 |
| 37 | 06/04/10 | TMP WORLDWIDE DBA MONSTER.COM<br>9045 N. DEERWOOD DR.<br>MILWAUKEE, WI  53223 | $64.83 |

Date: <u>September 21, 2010</u>  /s/ Lothar Goernitz
    Lothar Goernitz, Trustee